IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| STAN JOSEPH CATERBONE, | : | CIVIL ACTION NO. 21-1169 |
| | : | BANKRUPTCY NO. 21-10265 |
| Appellant. | : | |

## ORDER

**AND NOW**, this 14th day of June, 2021, for the reasons set forth in the court's separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The appellant's appeal from the February 17, 2021 Order entered by the Honorable Patricia M. Mayer of the United States Bankruptcy Court for the Eastern District of Pennsylvania is **DISMISSED**; and

2. The clerk of court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.